*In re* GLADYS E. GUEMÁREZ SANTIAGO.

*Números:* AB-98-34          *Resueltos:* 25 de agosto de 1998
AB-98-35

*Gladys E. Guemárez Santiago, pro se; Carlos Lugo Fiol, Procurador General, y Edna Evelyn Rodríguez Benítez, Procuradora General Auxiliar.*

Sala Especial de Verano integrada por el Juez Presidente Señor Andréu García y los Jueces Asociados Señores Negrón García y Hernández Denton.

## RESOLUCIÓN

Con relación a la moción urgente por derecho propio de la abogada Gladys E. Guemárez Santiago, para solicitar su reinstalación por haber comparecido por escrito ante la Oficina del Procurador General, conforme a nuestra opinión *per curiam* de 30 de junio de 1998, se le reinstala efectivo hoy al ejercicio de la abogacía. El Tribunal considera suficiente sanción el tiempo transcurrido de su suspensión provisional.

Este dictamen no releva a la Oficina de Inspección de Notarías a continuar con el trámite con respecto a la inspección de su obra notarial.

*Publíquese y notifíquese por escrito y la vía telefónica.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*